**Dismiss and Opinion Filed July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00042-CV

### RUBEN SANCHEZ, Appellant
### V.
### TRUE ST HOLDINGS LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06818-E**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

The filing fee in this case is overdue. By postcard dated January 7, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By postcard dated April 2, 2014, we again notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days and again cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

140042F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RUBEN SANCHEZ, Appellant

No. 05-14-00042-CV      V.

TRUE ST HOLDINGS LLC, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-06818-E.
Opinion delivered by Justice Francis.
Justices Lang and Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TRUE ST HOLDINGS LLC recover its costs of this appeal from appellant RUBEN SANCHEZ.

Judgment entered July 3, 2014